We think that the testimony herein is dependent on circumstantial evidence and by a comparison of handwriting based partially upon a signature to a bail bond, which signature is not shown to have been made by appellant, although it contains his purported signature.

We do not think the testimony herein shown is sufficient to establish beyond a reasonable doubt that appellant was the driver of the car that struck Mrs. Grimes'' automobile, and our State's Attorney agrees with this contention.

The judgment will therefore be reversed and the cause remanded.

BEAUCHAMP, Judge.

Appellant was indicted for the offense of theft of an automobile. He pleaded guilty before the court, a jury having been waived. He was found guilty and his punishment was assessed at four years confinement in the penitentiary.

There is no statement of facts or bill of exception in the record. No question is presented for review and the proceedings appear regular.

We observe that the court failed, in pronouncing sentence, to apply the indeterminate sentence law. The sentence is reformed to read that he is to serve not less than two years nor more than four years.

The judgment of the trial court is affirmed.

## PIERCE v. STATE.
### No. 24998.

Court of Criminal Appeals of Texas.
Nov. 22, 1950.

No attorneys for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

## PIERCE v. STATE.
### No. 24999.

Court of Criminal Appeals of Texas
Nov. 22, 1950.

